UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUN 25 2013

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | § § Criminal No. M-13-939 |
| JUAN ANTONIO MORENO<br>JESSE JOE MATA<br>ALBERTO VELA | § § § |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about April 12, 2012, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JUAN ANTONIO MORENO
JESSE JOE MATA
and
ALBERTO VELA**

did knowingly and intentionally conspire and agree together and with other person or person known and unknown to the Grand Jurors, to knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 100 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 846, 841(a)((1) and 841(b)(1)(B).

### Count Two

On or about April 12, 2012, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JUAN ANTONIO MORENO**
**JESSE JOE MATA**
and
**ALBERTO VELA**

did knowingly and intentionally discharge, use and carry a firearm, that is, a handgun and rifle, during and in relation to a drug trafficking crime, to wit: conspiracy to possess with intent to distribute a controlled substance as charged in Count One, for which they may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A), 924(c)(1)(A)(iii) and United States Code, Section 2.

A TRUE BILL

FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY