UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | |
| § | Criminal No. 7:13-cr-0939 |
| JUAN ANTONIO MORENO § | |
| JESSE JOE MATA § | |
| ALBERTO VELA § | |

**UNOPPOSED**
**GOVERNMENT'S MOTION TO CONTINUE THE SENTENCING HEARINGS**

The United States of America ("Government") files this unopposed motion to continue the sentencing hearings of Juan Antonio Moreno ("Moreno"), Jesse Joe Mata ("Mata") and Alberto Vela ("Vela"):

I.

On February 16, 2021, defendants Moreno, Mata and Vela are scheduled for their sentencing hearings.

II.

Co-defendants Mike Bueno ("Bueno"), Joseph Alberto Lopez ("Lopez"), Margil Reyna ("Reyna"), Joshua Omar Santillan ("Santillan") and Luis Alberto Tello ("Tello") were charged with the same home invasion that lead to the murder of Victor Serna in the Houston Division in Criminal No. 4:15-cr-0564.

III.

Defendant Lopez plead guilty to engaging in a RICO conspiracy and is pending sentencing before U.S. District Judge Sim Lake.

Defendant Santillan plead guilty to engaging in a RICO conspiracy and was sentenced pursuant to a binding plea agreement by U.S. District Judge Sim Lake.

1

V.

Defendants Bueno, Reyna, Tello and eight (8) other defendants are pending trial.

VI.

U.S. District Judge Sim Lake has not scheduled the trial because the Government is waiting for a decision from the United States Attorney General regarding whether the Government will seek the death penalty for several defendants (not defendants Bueno, Reyna, or Tello) charged with offenses which carry the possible punishment of death.

VII.

In order for this Court to make a determination as to the appropriate sentence for defendants Moreno, Mata and Vela, the Government requests a continuance of at least six (6) months to allow U.S. District Judge Sim Lake to conduct the trial of defendants Bueno, Reyna, Tello and the other eight (8) defendants.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

**/s Anibal J. Alaniz**
Anibal J. Alaniz
Assistant United States Attorney
Texas State Bar No. 00966600
Federal I.D. No.12590
1000 Louisiana
Suite 2300
Houston, Texas 77002
713-567-9000 (office)
713-567-9487 (direct)

**CERTIFICATE OF CONFERENCE**

On February 1, 2021, the Government consulted with the following regarding their position to the Government's Motion to Continue the Sentencing Hearings:

| | |
|---|---|
| Daniel Longoria<br>Attorney for Juan Antonio Moreno | __X__ NOT OPPOSED<br>_____ OPPOSED<br>_____ UNABLE TO CONTACT |
| Daniel Mora<br>Attorney for Jesse Joe Mata | _____ NOT OPPOSED<br>_____ OPPOSED<br>_____ UNABLE TO CONTACT<br>__X__ TAKES NO POSITION |
| Reno Gonzalez<br>Attorney for Alberto Vela | __X__ NOT OPPOSED<br>_____ OPPOSED<br>_____ UNABLE TO CONTACT |

*/s Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney

# CERTIFICATE OF SERVICE

On February 1, 2021, the Government filed this Unopposed Motion for Continuance of the Sentencing Hearing and served the motion on counsel of record.

*/s Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney